429 A.2d 755

Commonwealth ex rel. Dorwart v. Dorwart.

Appeal of Shelia Dorwart.

Argued September 9, 1980. Richard E. Santee, Jr., for appellant; E. C. Miller, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

429 A.2d 756

Commonwealth ex rel. Willis v. Hale.

Appeal of Robert J. Willis.

Argued September 8, 1980. Thomas J. Calnan, Jr., for appellant; Robert V. Ritter, Jr., for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.